IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ANTHONY MUNGAL #30979-037        :

    Petitioner                              :

v.                                              :    Civil Action No. DKC-07-3351
                                                                           Criminal Action No. DKC-96-488
UNITED STATES                           :

    Respondent                           :
                                        oo000oo

**MEMORANDUM**

Pending is Anthony Mungal's pro se motion to withdraw his guilty plea and vacate his conviction in 1999, claiming that he was denied due process when the court "failed in its duty to advise Petitioner that deportation may be a consequence of his plea of guilty." Petition, p. 3. The court will construe the pleading as a successive motion to vacate, correct or set-aside pursuant to 28 U.S.C. §2255, and dismiss it without prejudice for lack of jurisdiction.

**Procedural Background**

On March 19, 1999, the court sentenced Petitioner to 120 months imprisonment following his entry of a guilty plea to conspiracy to possess with intent to distribute cocaine and cocaine base in violation of 21 U.S.C. § 846. Petitioner's appeal of his conviction was dismissed by order of the Fourth Circuit in February of 2000. *See* USCA No. 99-4233.  On March 28, 2005, the court denied Petitioner's 28 U.S.C. §2255 motion to vacate, set aside or correct. *See Mungal v. United States, Civil Action,* No. DKC-01-1240 (D. Md). Consequently the instant petition represents Petitioner's second or successive §2255 motion.

**Analysis**

Second or successive motions under § 2255 may not be filed absent leave to do so from the Court of Appeals. *See* 28 U.S.C. § 2255; *In re Avery W. Vial*, 115 F.3d 1192, 1197-98 (4th Cir. 1997)(*en banc*).[1]  As Petitioner has previously sought relief under 28 U.S.C. §2255, this court is without jurisdiction to consider another such request unless directed to do so by the United States Court of Appeals for the Fourth Circuit. *See Evans v. Smith*, 220 F.3d 306, 325 (4th Cir. 2000). Petitioner does not allege that he obtained appellate authorization prior to filing the instant motion. Accordingly, the motion must be dismissed without prejudice for lack of jurisdiction.  A separate order follows this memorandum.


   January 9, 2008                               /s/                                
Date                                         DEBORAH K. CHASANOW
                                             United States District Judge

---

[1] The Fourth Circuit has published instructions for filing to obtain authorization. Accompanying this memorandum is a packet of instructions published by the Fourth Circuit which addresses the procedure to be followed to seek authorization to file a successive §2255 motion.